AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:21-mj-00562 |
| v. | ) Assigned to: Judge Harvey, G. Michael |
| STEVEN C. BILLINGSLEY | ) Assign Date: 8/12/2021 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds. |

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

_Complainant's signature_

Bryan Lacy, Special Agent
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/12/2021

_Judge's signature_

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_