AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
STEVEN C. BILLINGSLEY

)
)
)
)
)
)

Case: 1:21-mj-00562
Assigned to: Judge Harvey, G. Michael
Assign Date: 8/12/2021
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* STEVEN C. BILLINGSLEY,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds.

Date: 08/12/2021

Digitally signed by G. Michael Harvey
Date: 2021.08.12 11:18:39 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08/12/2021, and the person was arrested on *(date)* 08/13/2021
at *(city and state)* Richmond, OH

Date: 08/13/2021

*Arresting officer's signature*

Bryan Lacy, Special Agent FBI
*Printed name and title*