# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | CASE NO. 1:21-CR-519-TFH |
| v. : | |
| : | |
| **STEVEN C. BILLINGSLEY,** : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S MOTION TO CONTINUE STATUS HEARING

The United States of America, through undersigned counsel, respectfully moves the Court to continue the trial currently scheduled for Monday, August 15, 2022, for a period of approximately 60 days from that date, and to exclude the intervening time under the Speedy Trial Act. In support of the Motion, the undersigned represents:

1. The undersigned Assistant U.S. Attorney was on detail from the District of Nebraska to the District of Columbia to assist in the prosecution of cases arising out of the January 6, 2021, Capitol siege. The detail effectively ended April 23, 2022. A Memorandum of Understanding (MOU) between the two offices was entered into whereby the undersigned would retain a limited number of cases with very specific circumstances. As recently as June 24, 2022, it was anticipated this matter was going to result in a plea and that would have fallen within the MOU.

2. At the status hearing on June 30, 2022, defense counsel informed the court that Mr. Billingsley wanted a trial. Participating in a trial is outside the scope of the MOU.

3. As a result, the new counsel for the government will need to be assigned. That person will need time to become familiar with the facts of this case and prepare for trial.

4. The defendant remains on release with conditions and the parties are not aware of any issues.

5. Defense counsel has been consulted and has no objection to the continuance being granted.

6. The government submits that failure to grant such a continuance in this case would deny "the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence." 18 U.S.C. § 3161(h)(7)(B)(iv).

WHEREFORE, the government respectfully requests that this Court grant the motion for a 60-day continuance of the trial in this matter, pursuant to 18 U.S.C. § 3161 and that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).

                                                           Respectfully submitted,
                                                           MATTHEW M. GRAVES
                                                           United States Attorney
                                                           DC Bar No. 481052

                                    By: /s/ *Susan T. Lehr*
                                                           SUSAN T. LEHR
                                                           Assistant United States Attorney
                                                           Ne Bar No. 19248
                                                          District of Columbia
                                                          Capitol Riot Detailee
                                                          1620 Dodge Street, #1400
                                                          Omaha, NE 68102
                                                          Telephone: 402-661-3715
                                                          Email: susan.lehr@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that July 1, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties listed on the Electronic Case Filing (ECF) System.

By: */s/ Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney