# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEVEN BILLINGSLEY,<br><br>　　　　　Defendant. | Case No.: 1:21-cr-00519 TFH-1<br><br>**UNOPPOSED MOTION TO VACATE THE AUGUST 5TH PRETRIAL CONFERENCE HEARING AND CONVERT THE AUGUST 15TH TRIAL DATE TO A CHANGE OF PLEA HEARING DATE** |

COMES NOW, counsel for Steven Billingsley, to respectfully request this Honorable Court to vacate the August 5, 2022, pretrial conference hearing and to convert the August 15, 2022, trial date to a change of plea hearing date. As grounds for this motion counsel would state:

1. Trial in this matter is scheduled for August 15, 2022.

2. A pretrial conference is scheduled for August 5, 2022.

3. The defendant has indicated that he intends to accept government's plea offer and will enter a plea on August 15, 2022, thereby eliminating the necessity of a pretrial conference.

4. The United States does not oppose the motion.

*United States v. Steven Billingsley*
Case No. 1:21-cr-00519-THF-1

UNOPPOSED MOTION TO VACATE THE AUGUST 5TH PRETRIAL CONFERENCE HEARING AND CONVERT THE AUGUST 15TH TRIAL DATE TO A CHANGE OF PLEA HEARING DATE
Page No. 1

CONVERT TRIAL DATE 22/07/29 10:39:17

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone: 202.638.4100
Email: dcgunlaw@gmail.com

WHEREFORE counsel respectfully requests that the court vacate the pretrial conference hearing on August 5, 2022, and convert the trial date of August 15, 2022, to a change of plea hearing.

Dated:  July 29, 2022

                                              Respectfully submitted,

                                              _____
Joseph R. Conte, Bar #366827
Counsel for Steven Billingsley
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:        202.638.4100
Email:    dcgunlaw@gmail.com

*United States v. Steven Billingsley*
Case No. 1:21-cr-00519-THF-1

UNOPPOSED MOTION TO VACATE THE AUGUST 5TH PRETRIAL CONFERENCE HEARING AND CONVERT THE AUGUST 15TH TRIAL DATE TO A CHANGE OF PLEA HEARING DATE
Page No. 2

CONVERT TRIAL DATE 22/07/29 10:39:17

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com